**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERITAS HEALTH SERVICES, INC., A CALIFORNIA CORPORATION DOING BUSINESS AS CHINO VALLEY MEDICAL CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLUE CROSS-BLUE SHIELD OF ALABAMA, et al.,<br><br>　　　　Defendants. | Case No. EDCV 10-01696 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: October 7, 2011

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
United States District Judge